# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

REGINALD R. McCUTCHEN, JR.,

    Plaintiff,

v.

DEKALB COUNTY SCHOOL DISTRICT,

    Defendant.

Civil Action No.
1:19-cv-04956-VMC

## ORDER

Before the Court is the Report and Recommendation ("R&R," Doc. 126) of Magistrate Judge J. Elizabeth McBath recommending that Defendant's Motion for Summary Judgment (Doc. 100) be denied as moot and Defendant's Amended Motion for Summary Judgment (Doc. 121) be granted. For the reasons that follow, the Court will adopt the R&R in full.

Under 28 U.S.C. § 636(b)(1)(B), a district court may "designate a magistrate judge . . . to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any [dispositive] motion," including a motion to dismiss for failure to state a claim. A district judge has a duty to conduct a "careful and complete" review of a magistrate judge's report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir.

1982) (per curiam) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. Unit B 1982)).

If no party files a timely objection to the report and recommendation, the Court reviews the magistrate judge's findings for clear error. *See Lawrence v. Governor of Ga.*, 721 F. App'x 862, 864 (11th Cir. 2018) ("district court reviewed the magistrate judge's findings for clear error, as [plaintiffs] had failed to object to the R & R"); *see also Tauber v. Barnhart*, 438 F. Supp. 2d 1366, 1373–74 (N.D. Ga. 2006). "Clear error review asks if, 'after viewing all the evidence, [the Court is] left with the definite and firm conviction that a mistake has been committed.'" *Anderson v. Dunbar Armored, Inc.*, 678 F. Supp. 2d 1280, 1289 (N.D. Ga. 2009) (quoting *HGI Assocs., Inc. v. Wetmore Printing Co.*, 427 F.3d 867, 873 (11th Cir. 2005)). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Plaintiff has filed no objections to the R&R, so the Court reviews the Magistrate Judge's findings for clear error. After review, the Court finds that the Magistrate Judge did not err and adopts the R&R in full.

The Court will therefore **DENY AS MOOT** Defendant's original Motion for Summary Judgment (Doc. 100) and **GRANT** Defendant's Amended Motion for Summary Judgment (Doc. 121). The Clerk is directed to close this case.

**SO ORDERED** this 13th day of March, 2023.

_____
Victoria Marie Calvert
United States District Judge